United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 6, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60778
Summary Calendar

_____

MAHMOOD SHAHID,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A72 054 470
--------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Mahmood Shahid petitions for review of the Board of
Immigration Appeals' ("BIA") decision denying his application for
asylum, withholding of removal, and relief under the Convention
Against Torture ("CAT").  This court lacks jurisdiction to
consider the denial of Shahid's application for asylum because
the BIA denied the application as untimely.  8 U.S.C.
§ 1158(a)(3).

Regarding the withholding of removal, Shahid conclusionally
argues that he has a reasonable fear of future persecution, but

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

he does not specify on what statutorily protected ground he would be persecuted, nor does challenge the Immigration Judge's finding that he holds no political opinion and is not a member of any particular social group. He has thus abandoned any challenge to those findings. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993). His claim for withholding of removal fails because, even if it is assumed that the evidence established a likelihood of future persecution, such persecution must be based on one of the enumerated grounds. See Efe v. Ashcroft, 293 F.3d 899, 906 (5th Cir. 2002); 8 C.F.R. § 208.16(b)(1). His claim for relief under the CAT similarly fails because there is no evidence that he would be subjected to any government-sponsored torture if returned to Pakistan. See Bah v. Ashcroft, 341 F.3d 348, 352 (5th Cir. 2003); 8 C.F.R. § 1208.18(a)(1).

The petition for review is DENIED.